ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
ERIN M. KELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIN M. KELLER,<br><br>    Defendant.<br>_____/ | Case No. 3:12-mj-71211-MAG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER ADVANCING IDENTITY AND REMOVAL HEARING FOR DEFENDANT ERIN KELLER |

THE PARTIES HEREBY STIPULATE AND AGREE that the Identity and Removal Hearing presently set for December 7, 2012, shall be advance to December 6, 2012 at 9:30 a.m.

Respectfully submitted,

/S/FRANK RIEBLI
FRANK RIEBLI
Assistant U.S. Attorney
Dated: December 3, 2012

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for Defendant
Dated: December 3, 2012

**IT IS SO ORDERED.**

Dated: December 5, 2012

LAUREL BEELER
Honorable Magistrate Judge
Northern District of California